| | |
|---|---|
| 1 | Steven W. Block, AK Bar No. 9504008 |
| 2 | Foster Pepper PLLC |
|   | 1111 Third Avenue, Suite 3400 |
|   | Seattle, Washington 98101-3299 |
| 3 | Telephone: (206) 447-4400 |
|   | Facsimile: (206) 447-9700 |
| 4 | E-mail: sblock@foster.com |
| 5 | Attorneys for Defendant |
|   | Paint Sundries Solutions, Inc |

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| KATHY S. BRADSHAW d/b/a RETAIL SERVICES UNLIMITED, | Case No. |
| Plaintiff, | NOTICE OF REMOVAL OF CIVIL ACTION |
| v. | |
| PAINT SUNDRIES SOLUTIONS, INC., | |
| Defendant. | |

TO: The Honorable Judges of the United States District Court for the District of Alaska

AND TO: Plaintiff Kathy S. Bradshaw d/b/a Retail Services Unlimited

AND TO: John C. Pharr, plaintiff's attorney

PLEASE TAKE NOTICE, that pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, defendant Paint Sundries Solutions, Inc. ("PSS") removes the above-captioned action, currently pending in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, under Case No. 3AN-12-5174CI, to the United States District Court for the District of Alaska at Anchorage, on the basis of diversity jurisdiction. PSS reserves its right to challenge personal jurisdiction.

The following statement is submitted pursuant to 28 U.S.C. § 1446(a):

NOTICE OF REMOVAL OF CIVIL ACTION - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

Case 3:12-cv-00056-SLG Document 1 Filed 03/07/12 Page 1 of 4

51204226.1

1. On or about February 12, 2012, plaintiff Kathy S. Bradshaw d/b/a Retail Services Unlimited commenced an action against PSS in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, under Case No. 3AN-12-5174CI (the "State Court Lawsuit").

2. On February 21, 2012, plaintiff alleges it served PSS with the Summons and Notice to Both Parties of Judicial Assignment, Complaint, and Demand for Trial by Jury. All pleadings, court orders and other documents contained within the State Court Lawsuit's docket are filed concurrently herewith as an attachment to Counsel's Verification of Superior Court Records. No proceedings have taken place in the State Court Lawsuit.

3. Plaintiff is a resident of Anchorage, Alaska. PSS is a Washington corporation with its principal place of business in Kirkland, Washington.

4. Plaintiff, an Alaska resident, sues PSS, a Washington corporation, for alleged breach of contract relating to alleged unpaid sales commissions, and seeks to recover from PSS more than $75,000.

5. This Court has diversity jurisdiction pursuant to 28 U.S.C. §§1332(a) and (c), and the State Court Lawsuit may be removed to this Court pursuant to 28 U.S.C. § 1441(a), (e)(6) and (f).

6. PSS timely files this Notice of Removal within thirty (30) days of the service on PSS of the complaint. 28 U.S.C. §1446(b).

7. This Notice of Removal will be promptly served on plaintiff's counsel and filed with the Clerk of the Superior Court for the State of Alaska, Third Judicial District at Anchorage, in accordance with 28 U.S.C. §§ 1446(a), (d). PSS will also file with the Clerk of the Superior Court a Notice of Removal pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto.

8. For these reasons, the diversity of citizenship requirement of 28 U.S.C. § 1332 is met and the claims may be removed to this Court under 28 U.S.C. § 1441. This action should

NOTICE OF REMOVAL OF CIVIL ACTION - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

Case 3:12-cv-00056-SLG   Document 1   Filed 03/07/12   Page 2 of 4

51204226.1

therefore proceed in the United States District Court for the District of Alaska, as an action properly removed.

DATED this 6th day of March, 2012.

FOSTER PEPPER PLLC

_/s/ Steven W. Block_
Steven W. Block, AK Bar No. 9504008
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
E-mail: sblock@foster.com

Attorneys for Defendant
Paint Sundries Solutions, Inc.

NOTICE OF REMOVAL OF CIVIL ACTION - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

Case 3:12-cv-00056-SLG   Document 1   Filed 03/07/12   Page 3 of 4

51204226.1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2012, I served as follows:

John C. Pharr
Law Offices of John C. Pharr, P.C.
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501
Phone: 907-272-2525
Fax: 907-277-9859
VIA U.S. mail and facsimile

**Attorney for Plaintiff Kathy S. Bradshaw, d/b/a Retail Services Unlimited**

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Executed in Seattle, Washington this 6th day of March 2012.

*Terri Quale* (signed)
Terri Quale

NOTICE OF REMOVAL OF CIVIL ACTION - 4

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

Case 3:12-cv-00056-SLG   Document 1   Filed 03/07/12   Page 4 of 4

51204226.1