Steven W. Block, AK Bar No. 9504008
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
E-mail: sblock@foster.com

Attorneys for Defendant
Paint Sundries Solutions, Inc

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| KATHY S. BRADSHAW d/b/a RETAIL SERVICES UNLIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PAINT SUNDRIES SOLUTIONS, INC.,<br><br>Defendant. | Case No.<br><br>COUNSEL'S VERIFICATION OF SUPERIOR COURT RECORDS<br><br>[Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-12-5174CI] |
|---|---|

Steven W. Block, under penalty of perjury and in accordance with the laws of Alaska, hereby certifies as follows:

1. I am an attorney admitted to practice law before this Honorable Court, and am counsel for defendant Paint Sundries Solutions, Inc. in this action.

2. I certify to the Court that attached as Exhibit A hereto are true and correct copies of the Summons and Notice to Both Parties of Judicial Assignment; Complaint; Demand for Trial by Jury; Notice of Appearance; Civil Rule 4(f) Affidavit; and Initial Pre-Trial Order, in *Kathy S. Bradshaw d/b/a Retail Services Unlimited v. Paint Sundries Solutions, Inc.* filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, under Case No.

COUNSEL'S VERIFICATION OF SUPERIOR
COURT RECORDS - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

Case 3:12-cv-00056-SLG   Document 1-1   Filed 03/07/12   Page 1 of 14

51204240.1

3AN-12-5174CI. To the best of my knowledge, no other pleadings, orders or other documents have been filed in that case.

DATED this 6th day of March, 2012, at Seattle, Washington.

FOSTER PEPPER PLLC

_____
Steven W. Block, AK Bar No. 9504008
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
E-mail: sblock@foster.com

Attorneys for Defendant
Paint Sundries Solutions, Inc.

COUNSEL'S VERIFICATION OF SUPERIOR
COURT RECORDS - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

Case 3:12-cv-00056-SLG   Document 1-1   Filed 03/07/12   Page 2 of 14

51204240.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2012, I served as follows:

John C. Pharr
Law Offices of John C. Pharr, P.C.
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501
Phone: 907-272-2525
Fax: 907-277-9859
VIA U.S. mail and facsimile

**Attorney for Plaintiff Kathy S. Bradshaw, d/b/a Retail Services Unlimited**

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Executed in Seattle, Washington this 6th day of March 2012.

*/s/ Terri Quale*
Terri Quale

COUNSEL'S VERIFICATION OF SUPERIOR COURT RECORDS - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

Case 3:12-cv-00056-SLG Document 1-1 Filed 03/07/12 Page 3 of 14

51204240.1

Exhibit A

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

KATHY S. BRADSHAW )
d/b/a, RETAIL SERVICES UNLIMITED, )
)
Plaintiff, )
)
v. )
)
PAINT SUNDRIES SOLUTIONS, INC., )
)
Defendant. )
_____ ) Case No. 3AN-12-5174 CI

### CIVIL RULE 4(f) AFFIDAVIT

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

COMES NOW plaintiff Kathy S. Bradshaw d/b/a, RETAIL SERVICES UNLIMITED by and through her attorney of record John C. Pharr of the LAW OFFICES OF JOHN C. PHARR and hereby files her Civil Rule 4(f) Affidavit.

1. Defendant PAINT SUNDRIES SOLUTIONS, INC. was served by certified mail, restricted delivery on February 21, 2012. See exhibit 1.

2. Plaintiff has therefore complied with Civil Rule 4(f).

DATED at Anchorage, Alaska, this 28th day of February 2012.

By: _____
John C. Pharr, ABA # 8211140

SUBSCRIBED AND AFFIRMED before me this 28th day of February 2012, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: June 8, 2014

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _illegible_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Fredricuser  C. Date of Delivery 2/12 |
| 1. Article Addressed to:<br>Don Walker<br>930 - 7th Ave<br>Kirkland<br>Washington 98033 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label) | 7010 1060 0000 9146 8799  1551.1 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

EXHIBIT 1
PAGE 1 OF 1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| KATHY S. BRADSHAW d/b/a RETAIL SERVICES UNLIMITED,<br><br>                      Plaintiff,<br><br>v.<br><br>PAINT SUNDRIES SOLUTIONS, INC.,<br><br>                      Defendant. | Case No. 3AN-12-5174CI<br><br>NOTICE OF APPEARANCE |

TO:        CLERK OF THE ABOVE-ENTITLED COURT

AND TO:    KATHY S. BRADSHAW d/b/a RETAIL SERVICES UNLIMITED, plaintiff

AND TO:    John C. Pharr, her attorney

PLEASE TAKE NOTICE that Steven W. Block, of Foster Pepper PLLC, hereby appears in the above-entitled cause on behalf of defendant Paint Sundries Solutions, Inc. Service of all further pleadings, notices, documents or other papers, exclusive of original process, should be served upon said attorneys at the address below stated.

NOTICE OF APPEARANCE
Case No. 3AN-12-5174CI - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51203045.1

ORIGINAL

DATED this 27th day of February, 2012.

FOSTER PEPPER PLLC

*[signature]*

Steven W. Block, AK Bar No. 9504008
Attorneys for defendant
Paint Sundries Solutions, Inc.

NOTICE OF APPEARANCE
Case No. 3AN-12-5174CI - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51203045.1

Case 3:12-cv-00056-SLG   Document 1-1   Filed 03/07/12   Page 8 of 14

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2012, I served as follows:

John C. Pharr
Law Offices of John C. Pharr, P.C.
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501
Phone: 907-272-2525
Fax: 907-277-9859
VIA Federal Express and facsimile

**Attorney for Plaintiff Kathy S. Bradshaw, d/b/a Retail Services Unlimited**

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Executed in Seattle, Washington this 27th day of February 2012.

*/s/ Steven W. Block*
Steven W. Block

NOTICE OF APPEARANCE
Case No. 3AN-12-5174CI - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51203045.1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

KATHY S. BRADSHAW )
d/b/a, RETAIL SERVICES UNLIMITED, )
 )
                Plaintiff, )
 )
v. )
 )
PAINT SUNDRIES SOLUTIONS, INC., )
 )
                Defendant. )
 ) Case No. 3AN-12-5174 CI

## DEMAND FOR JURY TRIAL

COMES NOW plaintiff Kathy S. Bradshaw d/b/a, RETAIL SERVICES UNLIMITED by and through her attorney of record John C. Pharr of the LAW OFFICES OF JOHN C. PHARR, and pursuant to Rule 38 hereby requests a jury trial in the above-captioned action.

DATED at Anchorage, Alaska, this 8th day of February 2012.

                LAW OFFICES OF LANCE C. WELLS, P.C.
                Attorneys for Plaintiff,
                Kathy S. Bradshaw
                d/b/a, RETAIL SERVICES UNLIMITED

By: _____
     John C. Pharr
     Alaska Bar No. 8211140

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| Kathy S Bradshaw | |
|---|---|
| Plaintiff(s), | CASE NO: 3AN-12-05174CI |
| vs. | |
| Paint Sundries Solutions Inc | |
| Defendant(s) | **INITIAL PRETRIAL ORDER** |

Pursuant to the Uniform Pretrial Order Administrative Order 3AO-03-04 (Amended), and Administrative Order 3AO-09-14, this Court hereby issues the Initial Pretrial Order in this case.

### Routine Pretrial Order

The parties shall discuss among themselves possible trial dates and the expected length of trial. Within **15 days** after distribution of the Initial Pretrial Order, the parties shall jointly submit a list of three trial dates that are each approximately **12 months** from the date of the Initial Pretrial Order. The submission to the Court should also state the approximate number of trial days the parties believe will be required. A Routine Pretrial Order will be issued based on the parties' report in accordance with the Uniform Pretrial Order.

### Initial Disclosures

Unless an earlier date is or has been agreed to by the parties, initial disclosures required under Alaska Civil Rule 26(a)(1) shall be served not later than **30 days** after distribution of the Initial Pretrial Order.

_3/1/12_
Effective Date

_Peter A Michalski_
Peter A Michalski
Superior Court Judge

I certify that on 3-1-12
a copy of this order was mailed or delivered to:
　Steven W Block
　John C. Pharr

MBonaud, Administrative Assistant

CIV208Anch(cv) (12/09)
Initial Pretrial Order - Anchorage

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

KATHY S. BRADSHAW d/b/a RETAIL )
SERVICES UNLIMITED, )
)
Plaintiff, )
)
vs. )
)
PAINT SUNDRIES SOLUTIONS, INC., )
)
Defendant. )
_____) Case No. 3AN-12-5174 CI

## COMPLAINT

COMES NOW Plaintiff KATHY S. BRADSHAW d/b/a RETAIL SERVICES UNLIMITED, by and through her attorney, John C. Pharr, of the LAW OFFICES OF JOHN C. PHARR, and for her Complaint, complains and alleges as follows:

1. Plaintiff KATHY S. BRADSHAW is a resident of the State of Alaska, Third Judicial District.

2. Plaintiff KATHY S. BRADSHAW does business as RETAIL SERVICES UNLIMITED at 3705 Arctic Blvd., PMB #428, Anchorage, Alaska 99503.

3. Defendant PAINT SUNDRIES SOLUTIONS, INC., is a corporation formed under the laws of the State of Washington, formerly known as Tri-W Distributors, Inc.

4. Plaintiff and defendant had a contract for defendant to makes sales on commission for a 5% commission.

5. Starting in 2009, and continuing until approximately December, 2011, defendant unilaterally reduced plaintiff's commission on sales.

6. By this means defendant breached its contract with plaintiff.

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

COMPLAINT                                                                                   Page 1 of 2

6. Defendant is liable to plaintiff over $100,000.00 for this breach of contract.

WHEREFORE, plaintiff prays as follows:

1. For damages in an amount to be proved at trial, but no less than $100,000, against defendant PAINT SUNDRIES SOLUTIONS, INC.; and

2. For such other and further relief as the court deems just and equitable.

DATED this 8 day of February, 2012.

LAW OFFICES OF JOHN C. PHARR
Attorneys for plaintiff Kathy S. Bradshaw dba
Retail Services Unlimited

By: _____
John C. Pharr, Alaska Bar No. 8211140

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph: (907) 272-2525
Fax (907) 277-9859

COMPLAINT

Page 2 of 2

## IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

_____ )
_____ )
                             )
              Plaintiff(s),  )
vs.                          )
                             )
_____  )  CASE NO. 3AN-__-_____
                             )
                             )  SUMMONS AND
                             )  NOTICE TO BOTH PARTIES
              Defendant(s).  )  OF JUDICIAL ASSIGNMENT
_____  )

To Defendant: _____

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) _____, whose address is: _____.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge _____
   and Master _____.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

_____                    By: _____
Date                                   Deputy Clerk

I certify that on _____ a copy of this Summons was ☐ mailed ☒ given to
☐ plaintiff  ☒ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order  ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)                    Civil Rules 4, 5, 12, 42(c), 55
SUMMONS