Steven W. Block, AK Bar No. 9504008
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
E-mail: sblock@foster.com

Attorneys for Defendant
Paint Sundries Solutions, Inc

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| KATHY S. BRADSHAW d/b/a RETAIL SERVICES UNLIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PAINT SUNDRIES SOLUTIONS, INC.,<br><br>Defendant. | The Honorable Sharon L. Gleason<br><br>Case No. 3:12-cv-00056-SLG<br><br>STIPULATED ORDER OF DISMISSAL |

COME NOW the parties, by and through their undersigned counsel of record, and hereby stipulate and agree that this action has been fully settled and compromised as to all parties and claims, and therefore should be dismissed with prejudice and without award of costs or attorneys' fees to any party.

DATED this 22nd day of January, 2013.

LAW OFFICES OF JOHN C. PHARR                    FOSTER PEPPER, PLLC


*s/ John C. Pharr*                                              *s/ Steven W. Block*
John C. Pharr, AK Bar No. 8211140               Steven W. Block, AK Bar No. 9504008
Attorney for plaintiff Kathy S. Bradshaw d/b/a  Attorney for defendant Paint Sundries
Retail Services Unlimited                       Solutions, Inc.

STIPULATED ORDER OF DISMISSAL
Case No. 3:12-cv-00056-SLG - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51269145.1    Case 3:12-cv-00056-SLG   Document 42   Filed 01/22/13   Page 1 of 2

Pursuant to the foregoing Stipulation, it is hereby

ORDERED that the above cause be and hereby is

DISMISSED with prejudice and without award of costs or attorneys' fees to any party.

DATED this _____ day of January, 2013.

_____
The Honorable Sharon L. Gleason

**Presented by:**

LAW OFFICES OF JOHN C. PHARR          FOSTER PEPPER, PLLC

*s/ John C. Pharr*                    *s/ Steven W. Block*
John C. Pharr, AK Bar No. 8211140     Steven W. Block, AK Bar No. 9504008
Attorney for plaintiff Kathy S. Bradshaw d/b/a   Attorney for defendant Paint Sundries
Retail Services Unlimited             Solutions, Inc.
733 West 4th Avenue                   1111 Third Ave., Suite 3400
Suite 308                             Seattle, WA 98101
Anchorage, AK 99501                   Telephone: 206-447-4400
Telephone: 907-272-2525               Fax: 206-749-2109
Fax: 907-277-9859                     Email: blocs@foster.com
Email: jpharr@gci.net

STIPULATED ORDER OF DISMISSAL
Case No. 3:12-cv-00056-SLG - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51269145.1    Case 3:12-cv-00056-SLG   Document 42   Filed 01/22/13   Page 2 of 2